IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

BANKRUPTCY TRUSTEE JEANNE )
ANNE BURTON on behalf of JOHNNIE )
WALKER, )
)
    Plaintiff, )
)
v. ) DOCKET NO.: **3:12-cv-01334**
) JUDGE HAYNES
)
ENVOY, LLC. )
)
    Defendant. )
)

## MOTION TO SUBSTITUTE

COMES NOW Plaintiff, Bankruptcy Trustee, Jeanne Anne Burton on behalf of the Debtor, Johnnie Walker on , and moves this Honorable Court to substitute Johnnie Walker as the Plaintiff and new real party in interest since the Bankruptcy Trustee Jeanne Anne Burton has determined that she will not administer Johnnie Walker's pending employment law case as an asset of Johnnie Walker's bankruptcy estate. Counsel for Plaintiff brings this motion pursuant to *Federal Rules of Civil Procedure, Rue 17,* and furthermore, notifies this Honorable Court that there is no objection to this motion from any of the parties. Lastly, Plaintiff's counsel would notify this Honorable Court that this matter has settled and that an Order of Dismissal is forthcoming as soon as Johnnie Walker is substituted as the Plaintiff and real party in interest in this matter.

    Based on the foregoing, the Plaintiff respectfully requests that this Honorable Court grant her motion to substitute.